

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2022

No. 04-21-00386-CV

Greg **ABBOTT**, in His Official Capacity as Governor of Texas,
Appellant

v.

**CITY OF LAREDO** and United Independent School District,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001517-D1
Honorable Jose A. Lopez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appellant's Unopposed Motion to Dismiss Case for Lack of Jurisdiction is GRANTED, this appeal is DISMISSED FOR WANT OF JURISDICTION, and the trial court's orders granting the temporary injunction and appellant's plea to the jurisdiction are VACATED. Costs of appeal are assessed against the party that incurred them.

It is so **ORDERED** on February 2, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2022.

_____
Michael A. Cruz, Clerk of Court